UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRIAN WRENN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 15- 00162 (FJS) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

# **NOTICE OF APPEAL**

Notice is hereby given on this 10th day of June, 2015, that the defendants appeal to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum-Decision and Order (Docket No. 13) of this Court (Scullin, J.) entered on the 18th day of May, 2015, granting plaintiffs' motion for a preliminary injunction. The defendants also appeal from the Order of this Court entered on the 28th day of May, 2015 (Docket No. 17), denying the defendants' motion for an immediate administrative stay, and all other orders merged therein.

DATE: June 10, 2015          Respectfully submitted,

  KARL A. RACINE
  Attorney General for the District of Columbia

  ELIZABETH SARAH GERE
  Acting Deputy Attorney General
  Public Interest Division

          /s/ Toni Michelle Jackson
  TONI MICHELLE JACKSON
  Chief, Equity Section
  Bar Number 453765
  Office of the Attorney General
  One Judiciary Square
  Sixth Floor South

441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 442-9784
E-mail: toni.jackson@dc.gov

      /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Senior Assistant Attorney General
Equity Section
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
E-mail: andy.saindon@dc.gov

      /s/ Chad A. Naso
CHAD A. NASO [1001694]
Assistant Attorney General
Office of the Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 724-7854 (o)
(202) 741-8951 (f)
chad.naso@dc.gov

Serve:    Alan Gura, Esq.
          Gura & Possessky, PLLC
          105 Oronoco Street, Suite 305
          Alexandria, VA 22314