# United States Court of Appeals
District of Columbia Circuit
Washington, D.C. 20001-2866

**Case Caption:** <u>**Brian Wrenn, et al., Appellants**</u>

**Case No. 15-7057**

<u>**District of Columbia, et al., Appellees**</u>

# ENTRY OF APPEARANCE

## PARTY INFORMATION

The Clerk will please enter my appearance as counsel for:

[ ] Appellant(s) _____

[X] Appellee <u>District of Columbia and Cathy L. Lanier</u>

[ ] Intervenor(s) _____

[ ] Amicus Curiae _____

## COUNSEL INFORMATION

Lead Counsel: <u>Holly M. Johnson, Assistant Attorney General</u>

Phone: <u>202-442-9890</u>   Fax: <u>202-715-7713</u>   E-mail: <u>holly.johnson@dc.gov</u>

Second Counsel: <u>Todd S. Kim, Solicitor General</u>

Phone: <u>202-724-6609</u>   Fax: <u>202-730-0647</u>   E-mail: <u>todd.kim@dc.gov</u>

Firm: <u>Office of the Solicitor General,</u>
<u>Office of the Attorney General for the District of Columbia</u>

Address: <u>441 Fourth Street, NW, Sixth Floor South, Washington, DC 20001</u>

NOTE: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on June 11, 2015, this entry of appearance was served through the Court's ECF system to:

Alan Gura, Esq.
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314

                                              /s/ Holly M. Johnson
                                              Holly M. Johnson