IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| BRIAN WRENN, et al., ) | Case No. 15-7057 |
| ) | |
| Plaintiffs-Appellees, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants-Appellants. ) | |
| ) | |
| _____ ) | |

MOTION TO STAY BRIEFING ON DEFENDANTS' MOTION
FOR STAY PENDING APPEAL

Plaintiffs-Appellees Brian Wrenn, Joshua Akery, Tyler Whidby, and Second Amendment Foundation, Inc. respectfully move this Honorable Court for an order staying the briefing on Defendants' Motion for Stay Pending Appeal. Plaintiffs have met and conferred with opposing counsel regarding this motion, and opposing counsel has related that Defendants will oppose this motion.

1. On May 18, 2015, the District Court entered a preliminary injunction against various District of Columbia statutes, finding that they are likely unconstitutional;

2. Notwithstanding that ruling, Defendants waited until May 26, 2015, to move the District Court for a stay of its decision pending appeal;

3. The District Court promptly set a briefing schedule on Defendants' motion for a stay, ordering that Plaintiffs' opposition be filed by June 22, with Defendants' reply due June 26 and argument set for July 7, 2015;

4. Notwithstanding the fact that the District Court twice rejected Defendants' requests for an immediate administrative stay, as early as May 28, and then again on June 2, Defendants failed to notice an appeal until June 10, 2015;

5. On June 11, 2015, Defendants filed their motion in this Court for a stay pending appeal, along with an emergency request for an administrative stay;

6. Defendants' motion in this Court does not seek to advance the briefing on the motion for a stay pending appeal; per Fed. R. App. P. 26, Plaintiffs' opposition to the motion for stay pending appeal, filed in this Court, is not due until June 25, 2015;

7. "A party must ordinarily move first in the district court for . . . (A) a stay of . . . [an] order of a district court pending appeal." Fed. R. App. 8(a)(1).

8. Per Fed. R. App. 8(a)(2)(A), Defendants were required to "(i) show that moving first in the district court would be impracticable ; or (ii) state that, a motion having been made, the district court denied the motion or failed to afford the relief requested . . . .";

9. It was not impracticable for Defendants to first move in the District Court. Though they delayed doing so, a motion for stay pending appeal is currently pending in the District Court;

10. Plaintiffs' response to the District Court motion is already due before their response to the motion in this Court is due.

WHEREFORE, considering that the District Court has yet to rule on the motion for a stay pending appeal, and considering that the District Court's briefing schedule is more advanced than that resulting from this Court's rules with respect to the same motion filed in this Court, Plaintiffs respectfully request that further briefing on Defendants' motion for a stay pending appeal be stayed until after the District Court has ruled on the motion for stay pending appeal, should such briefing remain necessary.

Dated: June 12, 2015

Respectfully submitted,

Alan Gura
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314
703.835.9085/703.997.7665

By: /s/ Alan Gura
Alan Gura

Attorney for Appellees

CERTIFICATE OF SERVICE

I certify that on this 12th day of June, 2015, I filed the foregoing electronically with the Clerk of the Court using the CM/ECF System. I further certify that I will submit any required paper copies to the Court. I further certify that counsel for Defendants-Appellants is a registered CM/ECF user and will be served via the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 12th day of June, 2015.

/s/ Alan Gura
Alan Gura

*Counsel for Plaintiffs-Appellees*