___

No. 15-7057 September Term, 2014

1:15-cv-00162-FJS

Filed On: June 12, 2015

Brian Wrenn, et al.,

  Appellees

 v.

District of Columbia and Cathy L. Lanier,

  Appellants

  **BEFORE:**  Tatel, Brown, and Millett, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay pending appeal and an immediate administrative stay, the opposition to the motion for administrative stay, and the reply thereto; and the motion to stay briefing on appellants' motion for stay pending appeal, it is

**ORDERED**, that the district court's order filed May 18, 2015, granting plaintiffs' motion for a preliminary injunction, be stayed pending further order of the court. The purpose of this administrative stay is to give the court sufficient opportunity to consider the merits of the motion for stay and should not be construed in any way as a ruling on the merits of that motion. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2015). It is

**FURTHER ORDERED** that the motion to stay briefing be denied. It is

**FURTHER ORDERED** that appellees file a response to the motion for stay pending appeal by 12:00 noon, Thursday, June 18, 2015, and that appellants file any reply by 12:00 noon, Monday, June 22, 2015. The parties are directed to hand-deliver the paper copies of their submissions to the court by the time and date due.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

      BY: /s/
        Laura Chipley
        Deputy Clerk