IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| BRIAN WRENN, et al., ) | Case No. 15-7057 |
| ) | |
| Plaintiffs-Appellees, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants-Appellants. ) | |
| ) | |
| _____) | |

EMERGENCY CONSENT MOTION TO EXTEND BRIEFING
ON DEFENDANTS' MOTION FOR STAY PENDING APPEAL

Plaintiffs-Appellees Brian Wrenn, Joshua Akery, Tyler Whidby, and Second Amendment Foundation, Inc. respectfully move this Honorable Court for an order extending the due date of their brief in opposition to Defendants' Motion for Stay Pending Appeal. Plaintiffs have met and conferred with opposing counsel regarding this motion, who has indicated that Defendants consent.

1. At 5:39:42 PM on June 12, 2015, the Court entered an order *inter alia* directing Plaintiffs-Appellees to file a response to Defendants-Appellants' motion for a stay pending appeal by 12:00 noon on

Thursday, June 18, 2015, with paper copies hand-delivered to the Court by that date and time;

2. Plaintiffs' counsel is counsel for Plaintiffs-Appellants in *Richards* v. *Prieto*, Ninth Circuit No. 11-16255, which is set for en banc argument in San Francisco on 3:30 P.M. Pacific Time on Tuesday, June 16, 2015. Counsel is scheduled to fly to San Francisco for this argument on Monday morning, June 15. Counsel is returning to Virginia following that argument, flying overnight, and is scheduled to arrive on the morning of Wednesday, June 17.

3. Apart from the time spent traveling to and appearing at the *Richards* en banc argument, counsel also needs to dedicate the next several days to preparation for this argument. Thus, while Plaintiffs appreciate the expedited scheduling on the motion for a stay, in light of the issuance of an administrative stay, the noon June 18 deadline is impracticable. An extension of this deadline by and through June 22, 2015, is warranted.

4. Defendants would request that their reply would consequently be due June 29, and in any event not sooner than June 26. Plaintiffs consent to this request.

WHEREFORE, Plaintiffs-Appellants respectfully move to have their response deadline extended by and through Monday, June 22, 2015.

| | |
|---|---|
| Dated: June 12, 2015 | Respectfully submitted, |
| | Alan Gura<br>Gura & Possessky, PLLC<br>105 Oronoco Street, Suite 305<br>Alexandria, VA 22314<br>703.835.9085/703.997.7665 |
| By: | /s/ Alan Gura<br>Alan Gura |
| | Attorney for Appellees |

CERTIFICATE OF SERVICE

I certify that on this 12th day of June, 2015, I filed the foregoing electronically with the Clerk of the Court using the CM/ECF System. I further certify that I will submit any required paper copies to the Court. I further certify that counsel for Defendants-Appellants is a registered CM/ECF user and will be served via the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 12th day of June, 2015.

/s/ Alan Gura
Alan Gura

*Counsel for Plaintiffs-Appellees*