# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 15-7057**  **September Term, 2014**

1:15-cv-00162-FJS

Filed On: June 15, 2015

Brian Wrenn, et al.,

    Appellees

  v.

District of Columbia and Cathy L. Lanier,

    Appellants

## O R D E R

Upon consideration of the consent motion to extend time to respond to appellants' motion for a stay pending appeal, it is

**ORDERED** that the motion be granted. Appellees' response to the motion for stay is now due by 4:00 p.m., Monday, June 22, 2015. Any reply by appellants is due by 12:00 noon, Friday, June 26, 2015.

                                          FOR THE COURT:
                                          Mark J. Langer, Clerk

                                  BY:    /s/
                                          Robert J. Cavello
                                          Deputy Clerk