NOT YET SCHEDULED FOR ORAL ARGUMENT

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| BRIAN WRENN, et al., | ) | No. 15-7057 |
| | ) | |
| Plaintiffs-Appellees, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants-Appellants. | ) | |
| _____ | ) | |

CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES

## A. Parties and Amici

Plaintiffs below were Brian Wrenn, Joshua Akery, Tyler Whidby, and Second Amendment Foundation, Inc. All plaintiffs are Appellees before this Court.

Defendants below were Cathy Lanier and the District of Columbia. All Defendants are Appellants before this Court.

No amici appeared in the District Court below.

## B. Rulings under Review

The ruling under review is the Memorandum Decision and Order of the United States District Court for the District of Columbia, per the Hon. Frederick J. Scullin, Jr., Dist. Ct. Dkt. 13, entered May 18, 2015, granting Plaintiff-Appellees' motion for preliminary injunction, 2015 U.S. Dist. LEXIS 71383.

The lower court's decision is not yet published.

## C. Related Cases

The case on review has not been before this Court.

This case is related to *Palmer* v. *District of Columbia*, U.S. Dist. Ct., D.D.C. No. 09-1482-FJS. In *Palmer*, which involved the same Defendants and Plaintiff SAF, the District Court struck down the city's previous statutory scheme addressing the carrying of handguns in public for self-defense. Defendants had appealed that decision, but dismissed their appeal, this Court's No. 14-7180. *Palmer* is substantively concluded, but remains before the District Court for determination of fees and costs.

Dated: June 22, 2015	Respectfully submitted,

Alan Gura
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314
703.835.9085/703.997.7665

By:	/s/ Alan Gura
Alan Gura

Attorney for Appellees

CERTIFICATE OF SERVICE

I certify that on this 22nd day of June, 2015, I filed the foregoing electronically with the Clerk of the Court using the CM/ECF System. I further certify that I will submit any required paper copies to the Court. I further certify that counsel for Defendants-Appellants is a registered CM/ECF user and will be served via the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 22nd day of June, 2015.

/s/ Alan Gura
Alan Gura

*Counsel for Plaintiffs-Appellees*