# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 15-7057            September Term, 2014

1:15-cv-00162-FJS

Filed On: June 29, 2015

Brian Wrenn, et al.,

        Appellees

      v.

District of Columbia and Cathy L. Lanier,

        Appellants

## O R D E R

Upon consideration of the court's order filed today, designating this case for expedited consideration, it is

**ORDERED** that the following briefing schedule will apply in this case:

| | |
|---|---|
| Appellants' Brief | August 10, 2015 |
| Appendix | August 10, 2015 |
| Appellees' Brief | September 9, 2015 |
| Reply Brief | September 23, 2015 |

The parties will be notified separately of the oral argument date and composition of the merits panel.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Procedures 41 (2015); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

The parties are directed to hand deliver the paper copies of their submissions to the Clerk's office on the date due. All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

                                                              **FOR THE COURT:**
                                                              Mark J. Langer, Clerk

                                    BY:     /s/
                                                         Robert J. Cavello
                                                         Deputy Clerk