NOT YET SCHEDULED FOR ORAL ARGUMENT
_____

No. 15-7057
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

BRIAN WRENN, *et al.*,
APPELLEES,

v.

DISTRICT OF COLUMBIA AND CATHY L. LANIER, *et al.*,
APPELLANTS
_____

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
_____

**UNOPPOSED NOTICE OF INTENT TO FILE AMICUS CURIAE BRIEF
IN SUPPORT OF APPELLANT BY
BRADY CENTER TO PREVENT GUN VIOLENCE**
_____

Pursuant to D.C. Circuit Rule 29(b), the Brady Center to Prevent Gun Violence hereby notifies the Court of its intent to file an *amicus curiae* brief in support of the Appellants. All parties have consented to this participation.

Dated: July 1, 2015

Respectfully submitted,

/s/ Adam Levin
Adam K. Levin

Anna M. Kelly
Christine E. MacGregor
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5600
adam.levin@hoganlovells.com

*Counsel for Amicus Curiae Brady Center to Prevent Gun Violence*

Jonathan E. Lowy
Elizabeth Burke
Kelly Sampson
Robert B. Wilcox, Jr.
BRADY CENTER TO PREVENT GUN VIOLENCE - LEGAL ACTION PROJECT
840 First Street, N.E. Suite 400
Washington, D.C. 20002
(202) 370-8104
jlowy@bradymail.org

# CERTIRFICATE OF SERVICE

I certify that on July 1, 2015, electronic copies of this motion were served through the Court's ECF system to:

Alan Gura, Esq.
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314

Holly M. Johnson
Office of the Attorney General, District of Columbia
Office of the Solicitor General
441 4th Street, NW
One Judiciary Square, Sixth Floor
Washington, DC 20001

/s/ Adam Levin
Adam K. Levin

HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5600
adam.levin@hoganlovells.com