NOT YET SCHEDULED FOR ORAL ARGUMENT

_____

No. 15-7057

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

BRIAN WRENN, *et al.*,
APPELLEES,

v.

DISTRICT OF COLUMBIA AND CATHY L. LANIER,
APPELLANTS.

_____

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____

**CORPORATE DISCLOSURE STATEMENT OF
AMICUS CURIAE THE BRADY CENTER
TO PREVENT GUN VIOLENCE**

_____

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1,

Amicus Curiae The Brady Center to Prevent Gun Violence makes the following

disclosures:

1.      The Brady Center to Prevent Gun Violence has no parent company, nor does

any publicly-held company have a 10% or greater ownership interest (such as

stock or partnership shares) in the Center.

2.     The Brady Center to Prevent Gun Violence is the nation's largest non-partisan, non-profit organization dedicated to reducing gun violence through education, research, and legal advocacy.  Through its Legal Action Project, it has filed numerous amicus curiae briefs in cases involving firearms regulations in the Supreme Court of the United States and in the federal courts of appeals, including McDonald v. City of Chicago, 130 S. Ct. 3020, 3095 n.13, 3105 n.30, 3107 n.34 (2010) (Stevens, J., dissenting) (citing Brady Center brief), United States v. Hayes, 555 U.S. 415, 427 (2009) (citing Brady Center brief), District of Columbia v. Heller, 554 U.S. 570 (2008), and Peruta v. County of San Diego, 742 F.3d 1144 (9th Cir. 2014) (reheard en banc on June 16, 2015).

Dated: July 8, 2015                    Respectfully submitted,

                                       /s/ Adam Levin
                                       Adam K. Levin

                                       Adam K. Levin
                                       Anna M. Kelly
                                       HOGAN LOVELLS US LLP
                                       555 Thirteenth Street, N.W.
                                       Washington, DC 20004
                                       (202) 637-5600
                                       adam.levin@hoganlovells.com

                                       Christine E. MacGregor
                                       HOGAN LOVELLS US LLP
                                       1835 Market Street, 29th Floor
                                       Philadelphia, PA 19103
                                       (267) 675-4600
                                       christine.macgregor@hoganlovells.com

*Counsel for Amicus Curiae Brady Center to Prevent Gun Violence*

Jonathan E. Lowy
Elizabeth Burke
Kelly Sampson
Robert B. Wilcox, Jr.
BRADY CENTER TO PREVENT GUN
VIOLENCE - LEGAL ACTION PROJECT
840 First Street, N.E. Suite 400
Washington, D.C. 20002
(202) 370-8104
jlowy@bradymail.org

# CERTIFICATE OF SERVICE

I, Adam K. Levin, hereby certify that on July 8, 2015, electronic copies of this statement were served through the Court's ECF system to:

Alan Gura, Esq.
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314
alan@gurapossessky.com

*Counsel for Appellees*

Holly M. Johnson
Office of the Attorney General, District of Columbia
Office of the Solicitor General
441 4th Street, NW
One Judiciary Square, Sixth Floor
Washington, DC 20001
holly.johnson@dc.gov

*Counsel for Appellants*

/s/ Adam Levin
Adam K. Levin

HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5600
adam.levin@hoganlovells.com

*Counsel for The Brady Center to Prevent Gun Violence*