NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 15-7057

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

BRIAN WRENN, *et al.*,
APPELLEES,

v.

DISTRICT OF COLUMBIA, *et al.*,
APPELLANTS.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**MOTION OF APPELLANTS TO EXTEND THE BRIEFING SCHEDULE BY TWO-AND-A-HALF WEEKS**

The District of Columbia and Metropolitan Police Department Chief Cathy L. Lanier ("the District") move to extend the briefing schedule by two-and-a-half weeks. Appellees oppose this relief. The requested extension would result in the following deadlines.

- Appellants' Brief         August 27, 2015

- Appendix                  August 27, 2015

- Appellees' Brief          September 28, 2015

- Appellants' Reply Brief   October 12, 2015

There is good cause for the requested extension. This appeal involves a Second Amendment challenge to the District's laws relating to the public carrying of handguns. Undersigned counsel is lead counsel on this case and the only line attorney in her office who handles appeals related to the District's regulation of firearms. On February 6, 2015, she made a substantial payment toward a two-week family vacation in West Virginia which will have her out of the office—and without meaningful internet access—from July 13 through July 24. On May 6, she paid the balance of this non-refundable fee. At the time, she could not have known that, on May 18, the district court would enter a preliminary injunction barring the District from enforcing a central component of its concealed-carry licensing regime, requiring the District to notice an interlocutory appeal, file an emergency motion to stay the preliminary injunction, and complete a brief on an expedited schedule.

Without a corresponding extension of the briefing schedule, undersigned counsel accordingly will have a total of 28 calendar days (counting from the date of this Court's briefing order) to write the District's brief and submit it through the necessary layers of supervisory review. This appeal raises complex constitutional questions of first impression in the Court, issues that require thorough and accurate analysis. And this case is important, both for the District's ability to enforce its current handgun-carrying licensure laws, and because it could affect this Court's

analysis of future challenges to the District's and federal firearm regulations. These considerations warrant the modest extension of an additional 17 days that the District requests. Oral argument has not yet been scheduled and this brief extension is unlikely to significantly affect the date this Court decides this case or prejudice the plaintiffs in any way.

Three other circuits have considered the constitutionality of regulations similar to that challenged here, and each has given the government an extension of time to complete its brief. In *Kachalsky v. County of Westchester*, 701 F.3d 81 (2d Cir. 2012), the Second Circuit granted the New York State Office of the Attorney General's request for 91 days to file its opposition to the plaintiffs' brief. *See* Second Circuit Docket No. 11-3642, ECF No. 73. In *Drake v. Filko*, 724 F.3d 426 (3d Cir. 2013), the Third Circuit granted the New Jersey Office of the Attorney General's motion to extend its briefing deadline by 60 days. *See* Third Circuit Docket No. 12-1150, ECF Document No. 3110905903. And in *Woollard v. Gallagher*, 712 F.3d 865 (4th Cir. 2013), the Fourth Circuit granted the Maryland Office of the Attorney General's motion to extend its briefing deadline by 17 days. *See* Fourth Circuit Docket No. 12-1437, ECF No. 16. Similar consideration should be granted here.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TODD S. KIM
Solicitor General

LOREN L. ALIKHAN
Deputy Solicitor General

/s/ Holly M. Johnson
HOLLY M. JOHNSON
Assistant Attorney General
Bar Number 476331
Office of the Solicitor General

Office of the Attorney General
441 4th Street, NW, Suite 600S
Washington, D.C. 20001
(202) 442-9890
(202) 715-7713 (fax)
holly.johnson@dc.gov

July 2015

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TODD S. KIM
Solicitor General

LOREN L. ALIKHAN
Deputy Solicitor General

/s/ Holly M. Johnson
HOLLY M. JOHNSON
Assistant Attorney General
Bar Number 476331
Office of the Solicitor General

Office of the Attorney General
441 4th Street, NW, Suite 600S
Washington, D.C. 20001
(202) 442-9890
(202) 715-7713 (fax)
holly.johnson@dc.gov

July 2015

## CERTIFICATE OF SERVICE

I certify that on July 9, 2015, electronic copies of this motion were served through the Court's ECF system, to:

Alan Gura, Esq.
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314

                                              /s/ Holly M. Johnson
                                              HOLLY M. JOHNSON