**No. 15-7057**                        **September Term, 2014**

1:15-cv-00162-FJS

Filed On: July 16, 2015

Brian Wrenn, et al.,

    Appellees

    v.

District of Columbia and Cathy L. Lanier,

    Appellants

    **BEFORE:**    Brown, Kavanaugh, and Pillard, Circuit Judges

## O R D E R

Upon consideration of the motion to extend the briefing schedule, the response thereto, and the reply, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | August 27, 2015 |
| Appendix | August 27, 2015 |
| Appellees' Brief | September 30, 2015 |
| Reply Brief | October 14, 2015 |

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:   /s/
Robert J. Cavello
Deputy Clerk