UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                    )
Brian Wrenn, *et al.*,              )
                                    )
    *Plaintiffs-Appellees*,       )
                                    )
  v.                                )   Case No. 15-7057
                                    )
District of Columbia, *et al.*,     )
                                    )
    *Defendants-Appellants*      )
_____ )

**REPRESENTATION OF CONSENT TO FILE AMICUS BRIEF**

Pursuant to D.C. Circuit Rule 29(b), the National Rifle Association of America, Inc. hereby provides notice of its intent to file an amicus brief in this case in support of Appellees. All parties have consented to the filing of the brief.

# CORPORATE DISCLOSURE STATEMENT

The National Rifle Association of America, Inc. does not have a parent corporation, nor does any publicly held corporation own 10% or more of its stock.

August 18, 2015

Respectfully submitted,

<u>s/ Charles J. Cooper</u>
Charles J. Cooper
David H. Thompson
Peter A. Patterson
John D. Ohlendorf
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
ccooper@cooperkirk.com

*Counsel for Amicus Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 18th day of August, 2015, I electronically filed the original of the foregoing document with the clerk of this Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

August 18, 2015                    s/ Charles J. Cooper
                                   Charles J. Cooper

                                   *Counsel for Amicus Curiae*