IN THE

# United States Court of Appeals
# For the District of Columbia Circuit

_____

BRIAN WRENN, *et al.*,
  Plaintiffs-Appellees,

v.

DISTRICT OF COLUMBIA and CATHY L. LANIER,
  Defendants-Appellants.
_____

On Appeal Of An Order Of The United States District Court
For The District Of Columbia, Supporting Reversal
Case No. 1:15-cv-00162-FJS
Judge Frederick J. Scullin
_____

**AMENDED NOTICE OF INTENT TO PARTICIPATE AS AMICUS CURIAE IN SUPPORT OF APPELLANT BY THE BRADY CENTER TO PREVENT GUN VIOLENCE, THE LAW CENTER TO PREVENT GUN VIOLENCE, AND THE VIOLENCE POLICY CENTER**
_____

Pursuant to D.C. Circuit Rule 29(b), The Brady Center to Prevent Gun Violence, The Law Center to Prevent Gun and The Violence Policy Center hereby notify the Court of their intent to participate as amicus curiae in support of the Appellants. All parties have consented to their participation.

The Brady Center to Prevent Gun Violence is the nation's largest non-partisan, non-profit organization dedicated to reducing gun violence through

1

education, research, and legal advocacy. Through its Legal Action Project, it has filed numerous amicus curiae briefs in cases involving firearms regulations in the Supreme Court of the United States and in federal Courts of Appeal, including *McDonald v. City of Chicago*, 561 U.S. 742, 870 n.13, 887 n.30, 891 n.34 (2010) (Stevens, J., dissenting) (citing Brady Center brief), *United States v. Hayes*, 555 U.S. 415, 427 (2009) (citing Brady Center brief), *District of Columbia v. Heller*, 554 U.S. 570 (2008), and *Peruta v. County of San Diego*, 742 F.3d 1144 (9th Cir. 2014) (reheard en banc on June 16, 2015).

Amicus curiae the Law Center to Prevent Gun Violence ("the Law Center") is a non-profit, national law center dedicated to reducing gun violence and the devastating impact it has on communities. The Law Center focuses on providing comprehensive legal expertise to promote smart gun laws. These efforts include tracking all Second Amendment litigation nationwide and providing support to jurisdictions facing legal challenges to their gun laws. As an amicus, the Law Center has provided informed analysis in a variety of firearm-related cases, including *District of Columbia v. Heller*, 554 U.S. 570 (2008) and *McDonald v. City of Chicago*, 561 U.S. 742 (2010).

The Violence Policy Center is a non-profit organization that works to stop the broad-based public health crisis that is gun violence through research,

advocacy, education, and collaboration.  The Center regularly submits and joins amicus briefs in cases that involve gun laws.

Pursuant to D.C. Circuit Rule 29(d), undersigned counsel certifies that this separate brief is necessary because The Brady Center to Prevent Gun Violence, The Law Center to Prevent Gun Violence, and The Violence Policy Center have unique expertise in Second Amendment law and firearms policy issues, including a combined 74 years in gun litigation and analyses of concealed firearms laws and other gun policies.

September 3, 2015                      Respectfully submitted,

                                         /s/ Adam K. Levin

                                         Adam K. Levin
                                         Anna M. Kelly
                                         HOGAN LOVELLS US LLP
                                         555 Thirteenth Street, N.W.
                                         Washington, DC 20004
                                         (202) 637-5600
                                         adam.levin@hoganlovells.com

                                         Christine E. MacGregor
                                         HOGAN LOVELLS US LLP
                                         1835 Market Street, 29th Floor
                                         Philadelphia, PA 19103
                                         (267) 675-4600
                                         christine.macgregor@hoganlovells.com

                                         Jonathan E. Lowy
                                         Robert B. Wilcox, Jr.
                                         Alla Lefkowitz
                                         Kelly Sampson

BRADY CENTER TO PREVENT GUN
VIOLENCE - LEGAL ACTION PROJECT
840 First Street, N.E. Suite 400
Washington, D.C. 20002
(202) 370-8104
jlowy@bradymail.org

# CORPORATE DISCLOSURE STATEMENT

Pursuant to D.C. Circuit Rule 26.1 and Federal Rule of Appellate Procedure 26.1, undersigned counsel hereby certifies that:

The Brady Center to Prevent Gun Violence has no parent company, nor does any publicly-held company have a 10% or greater ownership interest (such as stock or partnership shares) in the Center.

The Law Center to Prevent Gun Violence has no parent company, nor does any publicly-held company have a 10% or greater ownership interest (such as stock or partnership shares) in the Center.

The Violence Policy Center has no parent company, nor does any publicly-held company have a 10% or greater ownership interest (such as stock or partnership shares) in the Center.

/s/ Adam Levin
Adam K. Levin

HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5600
adam.levin@hoganlovells.com

# CERTIFICATE OF SERVICE

I, Adam K. Levin, hereby certify that on September 3, 2015 electronic copies of this statement were served through the Court's CM/ECF system to:

Alan Gura, Esq.
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314
alan@gurapossessky.com

*Counsel for Appellees*

Holly M. Johnson
Office of the Attorney General, District of Columbia
Office of the Solicitor General
441 4th Street, N.W.
One Judiciary Square, Sixth Floor
Washington, D.C. 20001
holly.johnson@dc.gov

*Counsel for Appellants*

/s/ Adam Levin
Adam K. Levin

HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5600
adam.levin@hoganlovells.com