No. 15-7057

# In the United States Court of Appeals for the District of Columbia Circuit
_____

Brian Wrenn, *et al.*,

*Plaintiffs-Appellees,*

v.

District of Columbia, *et al.*,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Columbia

## NOTICE OF INTENT OF THE STATES OF MARYLAND, CALIFORNIA, CONNECTICUT, HAWAII, ILLINOIS, MASSACHUSETTS, AND NEW YORK TO FILE AN AMICUS BRIEF IN SUPPORT OF DEFENDANTS-APPELLANTS

The States of Maryland, California, Connecticut, Hawaii, Illinois, Massachusetts, and New York intend to file an amicus brief in support of Appellants in the above-captioned appeal, and hereby provide notice of intent in accordance with Circuit Rule 29(b).

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

/s/ Joshua N. Auerbach
MATTHEW J. FADER
  *Of counsel* (not admitted in DC)
PATRICK B. HUGHES
  *Of counsel* (not admitted in DC)
JOSHUA N. AUERBACH
Assistant Attorneys General
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
Phone: (410) 576-7906
Fax: (410) 576-6955
mfader@oag.state.md.us

September 3, 2015

Attorneys for *Amicus Curiae*
State of Maryland

# CERTIFICATE OF SERVICE

I certify that on September 3, 2015, electronic copies of this notice were served on all parties registered through the CM/ECF system.

/s/ Joshua N. Auerbach
JOSHUA N. AUERBACH
Attorney for *Amicus Curiae*
State of Maryland

Dated: September 3, 2015