# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 15-7057**  **September Term, 2015**

1:15-cv-00162-FJS

**Filed On:** September 15, 2015

Brian Wrenn, et al.,

    Appellees

v.

District of Columbia and Cathy L. Lanier,

    Appellants

## O R D E R

It is **ORDERED**, on the court's own motion, that the parties file simultaneous supplemental briefs, not to exceed 4,000 words, addressing the following questions:

(1) Whether Senior District Judge Frederick J. Scullin, Jr. of the Northern District of New York was authorized by the notice of designation and assignment of July 1, 2011, or any other notice of designation and assignment, to enter any order in this case. *See* 28 U.S.C. §§ 294-296.

(2) Whether, if Judge Scullin was not so authorized, he lacked jurisdiction to adjudicate the case. *See* Frad v. Kelly, 302 U.S. 312 (1937).

In addition to the electronic filing, 8 paper copies of the briefs of appellants and appellees are due on or before September 28, 2015.

### Per Curiam

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

            BY:    /s/
                        Michael C. McGrail
                        Deputy Clerk