IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| BRIAN WRENN, et al., | ) | Case No. 15-7057 |
| | ) | |
| Plaintiffs-Appellees, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants-Appellants. | ) | |
| | ) | |
| _____ | ) | |

CONSENT MOTION TO ENLARGE SUPPLEMENTAL BRIEFING SCHEDULE

Appellees respectfully move to enlarge the briefing schedule for the supplemental briefing by one week. Appellants consent to this motion, with the parties understanding that both sides' briefs would be due the same day.

On July 10, 2015, Appellees responded to Appellants' previous request for extension by, inter alia, asking that their brief be due September 30 rather than September 28, the date that would have ordinarily flowed from Appellants' requested extension and which Appellants indeed suggested. Appellees' request was granted.

However, today, the Court ordered supplemental briefing from both parties, of up to 4,000 words, with printed copies simultaneously submitted by September 28, 2015.

Respectfully, September 28 remains exceptionally challenging for Appellees, and not only because the Appellees' brief is already due two days later. Counsel has long been scheduled to be traveling to Phoenix and Denver September 25 through the 28th. Indeed, counsel is scheduled to fly overnight and return to Washington the morning of September 28. Since the main briefing schedule issued, multiple substantial amicus briefs have been filed in support of Appellants. Counsel observes Yom Kippur, which this year falls on September 23, and the month is replete with other significant personal and professional conflicts.

Extending the supplemental briefing filing date to October 5 would not prejudice any party, or delay the argument not set until November 20.

Wherefore, Appellees respectfully move that the simultaneous supplemental brief deadline be reset for October 5, 2015.

Dated: September 15, 2015        Respectfully submitted,

                                 Alan Gura
                                 Gura & Possessky, PLLC
                                 105 Oronoco Street, Suite 305
                                 Alexandria, VA 22314
                                 703.835.9085/703.997.7665

                           By:   /s/ Alan Gura
                                 Alan Gura
                                 Attorney for Appellees

CERTIFICATE OF SERVICE

I certify that on this 15th day of September, 2015, I filed the foregoing electronically with the Clerk of the Court using the CM/ECF System. I further certify that I will submit any required paper copies to the Court. I further certify that counsel for Defendants-Appellants is a registered CM/ECF user and will be served via the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 15th day of September, 2015.

/s/ Alan Gura
Alan Gura

*Counsel for Plaintiffs-Appellees*