# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 15-7057

September Term, 2015

1:15-cv-00162-FJS

**Filed On:** September 17, 2015

Brian Wrenn, et al.,

     Appellees

     v.

District of Columbia and Cathy L. Lanier,

     Appellants

**BEFORE:**     Pillard, Circuit Judge; and Silberman and Sentelle, Senior Circuit Judges

## O R D E R

Upon consideration of appellees' consent motion to enlarge the supplemental briefing schedule, it is

**ORDERED** that the motion be granted. The supplemental briefs are now due on or before October 5, 2015.

## Per Curiam

                                FOR THE COURT:
                                Mark J. Langer, Clerk

               BY:     /s/
                          Michael C. McGrail
                          Deputy Clerk