ORAL ARGUMENT SCHEDULED FOR NOVEMBER 20, 2015

No. 15-7057

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

BRIAN WRENN, *et al.*,
APPELLEES,

v.

DISTRICT OF COLUMBIA, *et al.*,
APPELLANTS.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**CONSENT MOTION OF APPELLANTS TO EXTEND THE DEADLINE
FOR THEIR REPLY BRIEF BY ONE WEEK**

The District of Columbia and Metropolitan Police Department Chief Cathy L. Lanier ("the District") move to extend the deadline for their reply brief by one week, making their brief due October 21, 2015. Appellees consent to this relief. The extension will not delay oral argument, which is scheduled for November 20, 2015.

There is good cause for the requested extension. On September 15, 2015, this Court ordered the parties to submit supplemental briefs on an important jurisdictional question. Undersigned counsel has been working diligently on the supplemental brief ever since. The supplemental briefs are due October 5, only

nine calendar days before the District's reply brief is due.  Further complicating matters, at least two groups of *amici curiae*—the National Rifle Association of America and a group including the California Rifle and Pistol Association Foundation and Professors Joyce Lee Malcolm, David Kopel, and Robert Control—plan to file briefs on behalf of appellees, and those briefs are not due until October 7, just one week before the District's reply is due.

This appeal raises complex constitutional questions of first impression in the Court, issues that require thorough and accurate analysis as well as adequate time for supervisory review.  And this case is important, both for the District's ability to enforce its current handgun-carrying licensure laws, and because it could affect this Court's analysis of future challenges to the District's and federal firearm regulations.  These considerations warrant the modest one-week extension the District requests.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TODD S. KIM
Solicitor General

LOREN L. ALIKHAN
Deputy Solicitor General

/s/ Holly M. Johnson
HOLLY M. JOHNSON
Assistant Attorney General
Bar Number 476331
Office of the Solicitor General

Office of the Attorney General
441 4th Street, NW, Suite 600S
Washington, D.C. 20001
(202) 442-9890
(202) 715-7713 (fax)
October 2015    holly.johnson@dc.gov

# CERTIFICATE OF SERVICE

I certify that on October 2, 2015, electronic copies of this motion were served through the Court's ECF system, to:

Alan Gura, Esq.
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314

                                         /s/ Holly M. Johnson
                                         HOLLY M. JOHNSON