# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| Brian Wrenn, *et al.*, | ) |
| *Plaintiffs-Appellees*, | ) |
| v. | ) Case No. 15-7057 |
| District of Columbia, *et al.*, | ) |
| *Defendants-Appellants* | ) |

**REPRESENTATION OF CONSENT TO FILE AMICUS BRIEF**

Pursuant to D.C. Circuit Rule 29(b), the Historians and Legal Scholars Robert J. Cottrol *et al.*, and California Rifle and Pistol Association Foundation hereby provide notice of their intent to file an amicus brief in this case in support of Appellees. All parties have consented to the filing of the brief.

1

**CORPORATE DISCLOSURE STATEMENT**

CRPA Foundation has no parent company, and no publicly-held company owns 10% or more of its stock.

October 5, 2015

Respectfully submitted,

/s Stephen P. Halbrook
Stephen P. Halbrook
3925 Chain Bridge Road
Suite 403
Fairfax, Virginia 22030
(703) 352-7276
protell@aol.com

*Counsel for Amici Curiae*

# CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2015, an electronic PDF of the foregoing Representation of Consent to File Amicus Brief of *Amici Curiae* Historians, Legal Scholars, and California Rifle and Pistol Association Foundation was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys.

October 5, 2015 /s/ Stephen P. Halbrook
Stephen P. Halbrook

*Counsel for Amicus Curiae*