# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 15-7057                                          September Term, 2015

1:15-cv-00162-FJS

Filed On: October 7, 2015 [1577008]

Brian Wrenn, et al.,

        Appellees

    v.

District of Columbia and Cathy L. Lanier,

        Appellants

## O R D E R

Upon consideration of appellants' consent motion for extension of time to file the reply brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

    Appellants' Reply Brief                              October 21, 2015

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                                   BY:     /s/
                                                     Michael C. McGrail
                                                     Deputy Clerk