ORAL ARGUMENT SCHEDULED FOR NOVEMBER 20, 2015

No. 15-7057

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

BRIAN WRENN, *et al.*,
APPELLEES,

v.

DISTRICT OF COLUMBIA, *et al.*,
APPELLANTS.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**NOTICE OF FILING IN THE DISTRICT COURT**

The District of Columbia and Metropolitan Police Department Chief Cathy L. Lanier file this notice to inform the Court that, on October 23, 2015, they filed a motion for case reassignment in the district court. A copy of the motion is attached.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TODD S. KIM
Solicitor General

LOREN L. ALIKHAN
Deputy Solicitor General

/s/ Holly M. Johnson
HOLLY M. JOHNSON
Assistant Attorney General
Bar Number 476331
Office of the Solicitor General

Office of the Attorney General
441 4th Street, NW, Suite 600S
Washington, D.C. 20001
(202) 442-9890
(202) 715-7713 (fax)
October 2015   holly.johnson@dc.gov

# CERTIFICATE OF SERVICE

I certify that on October 23, 2015, electronic copies of this notice were served through the Court's ECF system, to:

Alan Gura, Esq.
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314

/s/ Holly M. Johnson
HOLLY M. JOHNSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRIAN WRENN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15- 00162 (FJS) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# DEFENDANTS' MOTION FOR CASE REASSIGNMENT

Defendants move under Local Civil Rule (LCvR) 40.6(b) for an Order reassigning this case to a judge of this Court, the United States District Court for the District of Columbia, because the judge to whom it was initially assigned lacks jurisdiction to adjudicate the case. A proposed Order is attached. This motion should be referred to the Chair of the Calendar and Case Management Committee under LCvR 40.1(b) and 40.6(b).

Pursuant to LCvR 7(m), the undersigned discussed the subject motion with opposing counsel, who did not consent to the relief requested.

DATE: October 23, 2015               Respectfully submitted,

                                     KARL A. RACINE
                                     Attorney General for the District of Columbia

                                     ELIZABETH SARAH GERE
                                     Acting Deputy Attorney General
                                     Public Interest Division

                                           /s/ Toni Michelle Jackson
                                     TONI MICHELLE JACKSON, D.C. Bar No. 453765
                                     Chief, Equity Section

   /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
E-mail: andy.saindon@dc.gov

   /s/ Chad A. Naso
CHAD A. NASO [1001694]
Assistant Attorney General
Office of the Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 724-7854 (o)
(202) 741-8951 (f)
chad.naso@dc.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
BRIAN WRENN, *et al.*,              )
                                    )
        Plaintiffs,             )
                                    )
    v.                            )    Civil Action No. 15- 00162 (FJS)
                                    )
DISTRICT OF COLUMBIA, *et al.*,     )
                                    )
        Defendants.             )
_____)

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANTS' MOTION FOR CASE REASSIGNMENT**

Defendants (collectively, the District) respectfully submit this Memorandum of Points and Authorities in Support of their Motion for Case Reassignment, which should be referred to the Chair of the Calendar and Case Management Committee under LCvR 40.1(b) and 40.6(b). In support of the instant motion, and for good cause shown, the District states as follows:

1. On February 3, 2015, the day they filed their Complaint [Doc. No. 1], plaintiffs submitted a Notice of Related Case [Doc. No. 2], asserting that the instant matter "involves common issues of fact" and "grows out of the same event or transaction" as *Palmer v. District of Columbia*, No. 09-1482 (FJS), which had been assigned to Senior Judge Frederick J. Scullin, Jr. (N.D.N.Y.), sitting by designation outside of his home jurisdiction. As a result of that Notice, the clerk then assigned this case to Judge Scullin as well. *See* Docket entry (February 3, 2015).

2. On May 18, 2015, Judge Scullin granted plaintiffs' motion for a preliminary injunction. *See* Doc. No. 13. The District subsequently noted an appeal from that order. *See* Doc. No. 24. On June 12, 2015, the United States Court of Appeals for the District of Columbia Circuit entered an order staying the preliminary injunction. *See* Doc. No. 26 (re: Order (*per*

*curiam*), *District of Columbia v. Wrenn*, No. 15-7057 (D.C. Cir. Jun. 12, 2015)). Oral argument on the appeal is scheduled for November 20, 2015. *See* Docket, No. 15-7507 (D.C. Cir.).

    3. On September 15, 2015, the D.C. Circuit issued a *per curiam* order directing

> [O]n the court's own motion, that the parties file simultaneous supplemental briefs, not to exceed 4,000 words, addressing the following questions: (1) Whether Senior District Judge Frederick J. Scullin, Jr. of the Northern District of New York was authorized by the notice of designation and assignment of July 1, 2011, or any other notice of designation and assignment, to enter any order in this case. *See* 28 U.S.C. §§ 294–296. (2) Whether, if Judge Scullin was not so authorized, he lacked jurisdiction to adjudicate the case. *See Frad v. Kelly*, 302 U.S. 312 (1937).

    4. This order was the District's first notice that Judge Scullin might not have been designated to preside over this case.

    5. In its brief (copy attached), the District argued that Judge Scullin was not authorized by the notice of designation and assignment of July 1, 2011 (which had assigned him to *Palmer v. District of Columbia*, No. 09-1482, and nine other cases then pending in this district) to hear the instant matter. That notice of designation and assignment authorized Judge Scullin only to hear the ten cases listed, which did not include this one.

    6. The District therefore argued that Judge Scullin was without jurisdiction to adjudicate this case. These arguments are incorporated here. Plaintiffs disagreed in their brief (copy attached).

    7. Local Civil Rule 40.1(b) provides that:

> All matters dealing with the assignment of cases, including but not limited to any efforts to restrain or avoid the enforcement or application of rules under this Part shall be referred to the Chair of the Calendar and Case Management Committee for resolution by the Committee.

8. Local Civil Rule 40.6 (b) provides that:

> When reassignments are necessitated by the death, retirement, resignation or incapacity of any judge or by the appointment of a new judge, *or by any other circumstances*, the Calendar and Case Management Committee shall determine and indicate by Order the method by which such reassignments shall be made. (Emphasis added.)

9. The District respectfully requests that the Calendar and Case Management Committee consider this motion pursuant to LCvR 40.1(b), and enter an Order pursuant to LCvR 40.6 reassigning the case to a judge of this Court for all further proceedings.

DATE: October 23, 2015              Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Acting Deputy Attorney General
Public Interest Division

        /s/ Toni Michelle Jackson        
TONI MICHELLE JACKSON, D.C. Bar No. 453765
Chief, Equity Section

        /s/ Andrew J. Saindon        
ANDREW J. SAINDON, D.C. Bar No. 456987
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
E-mail: andy.saindon@dc.gov

        /s/ Chad A. Naso        
CHAD A. NASO [1001694]
Assistant Attorney General
Office of the Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 724-7854 (o)
(202) 741-8951 (f)
chad.naso@dc.gov