**No. 15-7057**                        **September Term, 2015**

1:15-cv-00162-FJS

**Filed On:** October 29, 2015

Brian Wrenn, et al.,

       Appellees

   v.

District of Columbia and Cathy L. Lanier,

       Appellants

     **BEFORE:**    Pillard, Circuit Judges; Silberman and Sentelle, Senior Circuit Judges

### O R D E R

It is **ORDERED**, on the court's own motion, that appellants be prepared to address at oral argument on November 20, 2015, the significance, in light of their appeal, of the motion for case reassignment filed on October 23, 2015, in the District Court.

### Per Curiam

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                  BY:     /s/
                             Michael C. McGrail
                             Deputy Clerk