| | |
|---|---|
| No. 15-7057 | September Term, 2015 |
| | 1:15-cv-00162-FJS |
| | Filed On: November 9, 2015 [1582568] |

Brian Wrenn, et al.,

      Appellees

    v.

District of Columbia and Cathy L. Lanier,

      Appellants

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for November 20, 2015, at 9:30 A.M.:

      Appellants  -  10 Minutes

      Appellees  -  10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judge Pillard, and Senior Circuit Judges Silberman and Sentelle.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by November 13, 2015.

### Per Curiam

      **FOR THE COURT:**
      Mark J. Langer, Clerk

    BY:  /s/
      Michael C. McGrail
      Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)