# United States Court of Appeals
## For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 15-7057** | **September Term, 2015** |
| | 1:15-cv-00162-FJS |
| | Filed On: November 20, 2015 [1584592] |

Brian Wrenn, et al.,

    Appellees

  v.

District of Columbia and Cathy L. Lanier,

    Appellants

    **BEFORE:**    Circuit Judge Pillard, and Senior Circuit Judges Silberman and Sentelle

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on November 20, 2015 at 10:50 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

  Loren L. AliKhan (OAG), counsel for Appellants.

  Alan Gura, counsel for Appellees.

                           **FOR THE COURT:**
                           Mark J. Langer, Clerk

           BY:    /s/
                    Shana E. Thurman
                    Deputy Clerk