DECIDED ON DECEMBER 15, 2015

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| BRIAN WRENN, et al., | ) |
| Plaintiffs-Appellees, | ) |
| v. | ) Case No. 15-7057 |
| DISTRICT OF COLUMBIA, et al., | ) |
| Defendants-Appellants. | ) |

## NOTICE OF WITHDRAWAL OF
## FRANCESCO VALENTINI AS COUNSEL

Please take notice that Francesco Valentini withdraws his appearance as counsel for amici curiae DC Appleseed Center for Law & Justice, DC for Democracy, DC Vote, The League of Women Voters of the District of Columbia, and Former Mayor Anthony A. Williams in the above-captioned appeal. As of January 11, 2016, Francesco Valentini will no longer be with Wilmer Cutler Pickering Hale and Dorr LLP. Paul R.Q. Wolfson and Walter A. Smith, Jr. remain as counsel for amici.

Dated: December 31, 2015                    Respectfully submitted,

/s/ Francesco Valentini

| | |
|---|---|
| WALTER A. SMITH, JR. | PAUL R.Q. WOLFSON |
| KEVIN HILGERS | FRANCESCO VALENTINI |
| DC APPLESEED CENTER | WILMER CUTLER PICKERING |
|    FOR LAW & JUSTICE |    HALE AND DORR LLP |
| 1111 Fourteenth Street, NW | 1875 Pennsylvania Avenue, NW |
| Washington, DC 20005 | Washington, DC 20006 |
| Tel.: (202) 289-8007 | Tel.: (202) 663-6000 |
| Fax: (202) 289-8009 | Fax: (202) 663-6363 |
| | francesco.valentini@wilmerhale.com |
| | paul.wolfson@wilmerhale.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that, on December 31, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

                                      /s/ Francesco Valentini
                                      FRANCESCO VALENTINI
                                      WILMER CUTLER PICKERING
                                          HALE AND DORR LLP
                                      1875 Pennsylvania Avenue, NW
                                      Washington, DC 20006
                                      Tel.: (202) 663-6000
                                      Fax: (202) 663-6363
                                      francesco.valentini@wilmerhale.com